# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

BARBARA ROSE, Surviving Sister of )
MORRIS MALTZMAN, Deceased, )
)
                Plaintiff(s), )
) Case No. 4:12-CV-375
                vs. )
BLAISE SCHAUER and YRC, INC. )
)
                Defendant(s). )

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for _YRC, Inc._ hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

    YRC Worldwide, Inc.

2. Subsidiaries not wholly owned by the corporation:

    None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

    YRC Worldwide, Inc.

Signature (Counsel for Plaintiff/Defendant)
Print Name: Jeffrey K. Suess
Address: Ryearson, Suess, et al.
#1 South Memorial Drive, 18th Floor
City/State/Zip: St. Louis, MO 63102
Phone: (314) 421-4430

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this _1_ Day of _March_, 20_12_.